UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| YASMIN RUVALCABA § | |
| § | |
| Plaintiff. § | |
| § | |
| VS. § | CIVIL ACTION NO. 3:18–CV–00243 |
| § | |
| ANGLETON INDEPENDENT § | |
| SCHOOL DISTRICT, ET AL. § | |
| § | |
| Defendants. § | |

# ORDER ADOPTING MAGISTRATE JUDGE'S
# MEMORANDUM AND RECOMMENDATION

On May 20, 2019, this case was referred to United States Magistrate Judge Andrew M. Edison pursuant to 28 U.S.C. § 636(b)(1)(B). *See* Dkt. 20. Pending before Judge Edison was Defendants' Motion to Dismiss. Dkt. 15. On June 6, 2019, Judge Edison filed a Memorandum and Recommendation (Dkt. 21) recommending that Defendants' Motion to Dismiss be **GRANTED**.

On June 20, 2019, Plaintiff filed her Objections. In accordance with 28 U.S.C. § 636(b)(1)(C), this Court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.*; *see also* FED. R. CIV. P. 72(b)(3).

The Court has carefully considered the Objections; the Response; the Memorandum and Recommendation; the pleadings; and the record. The Court **ACCEPTS** Judge Edison's Memorandum and Recommendation and **ADOPTS** it as the opinion of the Court. It is therefore **ORDERED** that:

(1) Judge Edison's Memorandum and Recommendation (Dkt. 21) is **APPROVED AND ADOPTED** in its entirety as the holding of the Court; and

(2) Defendants' Motion to Dismiss be **GRANTED**. More specifically, (1) Plaintiff Yasmin Ruvalcaba's Section 1983 Equal Protection claim against Defendant Jerry Crowell is dismissed; and (2) Plaintiff Yasmin Ruvalcaba's request that punitive damages be awarded on her Title IX claim is dismissed.

It is so **ORDERED**.

SIGNED at Galveston, Texas, this 9th day of July, 2019.

                                                           _____
                                                           George C. Hanks Jr.
                                                           United States District Judge