United States District Court
Southern District of Texas
**ENTERED**
March 23, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| YASMIN RUVALCABA, § § Plaintiff. § § VS. § ANGLETON INDEPENDENT § SCHOOL DISTRICT, ET AL., § § Defendants. § | CIVIL ACTION NO. 3:18–CV–00243 |

## FINAL JUDGMENT

Pursuant to the court's order adopting the Magistrate Judge's memorandum and recommendation, it is **ORDERED** that this matter is **DISMISSED**.

**THIS IS A FINAL JUDGMENT**.

The Clerk will provide copies of this judgment to the parties.

Signed on Galveston Island this 23rd day of March, 2020.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE